# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**KIM N. GRADY,**

    **Plaintiff,**

**v.**                                                   **Case No. 18-cv-768**

**MILWAUKEE BOARD OF SCHOOL DIRECTORS and HIMANSHU PARIKH,**

    **Defendants.**

## SCHEDULING ORDER

On August 14, 2018, the court conducted a telephonic scheduling conference pursuant to Fed. R. Civ. P. 16. Appearing on behalf of the plaintiff was Attorney Nathaniel Cade, Jr. and on behalf of the defendants was Attorney Robin A. Pederson.

**IT IS HEREBY ORDERED,**

1. The parties shall make their initial disclosures to the opposing party in accordance Fed. R. Civ. P. 26(a) no later than September 7, 2018.

2. The parties may join other parties and amend the pleadings without leave of court no later than September 7, 2018.

3. All fact discovery is to be completed by January 31, 2019. Pursuant to Civil Local Rule 26(c), depositions to preserve fact testimony for trial, so-called "trial depositions," are to be completed by this date. Boilerplate objections to fact discovery requests are not to be used. In the event a responding party has an objection to a particular fact discovery request, the objection is to be stated with specificity. The response should also indicate whether some or all of the requested information or documents are NOT being produced on the basis of an objection.

4. The plaintiff shall disclose expert witnesses in accordance with Civil L.R. 26(b) no later than February 15, 2019.

5. Counsel shall meet and discuss settlement prior to April 1, 2019. If they wish the court refer the matter to another magistrate judge of this district for purposes of mediation, they shall so advise the court no later than 60 days in advance of the April 1, 2019, deadline so as to be able to complete the mediation by the deadline.

6. The defendants shall disclose expert witnesses in accordance with Civil L.R. 26(b) no later than April 15, 2019.

7. All motions for summary judgment together with the moving party's principal materials in support of the motion are to be filed in accordance with Civil L.R. 56 no later than April 30, 2019.

8. All expert discovery is to be completed by May 31, 2019.

9. All motions under *Daubert v. Merrell Dow Pharmaceuticals*, 509 U.S. 579 (1993), or otherwise challenging an opposing party's expert witness shall be filed no later than June 17, 2019.

10. The court will schedule a telephonic scheduling conference to discuss further scheduling if no summary judgment motions are filed or if resolution of the summary judgment motions does not dispose of the case in its entirety.

Dated at Milwaukee, Wisconsin this 14th day of August, 2018.

WILLIAM E. DUFFIN
U.S. Magistrate Judge